

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00303-CR

**LORETTA J. MESERVE,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 66th District Court
### Hill County, Texas
### Trial Court No. 36,293

## MEMORANDUM OPINION

Loretta Meserve appealed the trial court's denial of bail pending appeal. The issue of bail pending appeal is now moot because the underlying appeal has been resolved. *See Meserve v. State*, No. 10-12-00415-CR, 2013 Tex. App. LEXIS 13252 (Tex. App.—Waco Oct. 24, 2013, no pet.).

This appeal is dismissed.[1]  *See* TEX. R. APP. P. 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed February 13, 2014
Do not publish
[CR25]

---

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered.  TEX. R. APP. P. 49.1.  If the appellant desires to have the decision of this Court reviewed by the Court of Criminal Appeals, a petition for discretionary review must be filed in the Court of Criminal Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals.  TEX. R. APP. P. 68.2 (a).